UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNION BULK A/S,

       Petitioner,

   -v-

TWIN RIVERS CO., INC.,

      Respondent.

26-cv-2962 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Petitioner Union Bulk A/S ("Union Bulk") has petitioned to confirm an arbitration award (the "Award") issued against respondent Twin Rivers Co. Inc. ("Twin Rivers"). See Ex. 1, Compl., ECF No. 1-1. Twin Rivers has not opposed or otherwise appeared in this action. Having reviewed Union Bulk's arguments, the Court hereby grants the petition. Accordingly, the Award in favor of Union Bulk and against Twin Rivers in the amount of $352,472.96 is confirmed and post-judgment interest is awarded to Union Bulk in the amount outlined in the Award.

The Clerk of Court is respectfully directed to enter judgment and to close the case.

    SO ORDERED.

New York, NY
May 15, 2026

_____
JED S. RAKOFF, U.S.D.J.

1