UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNION BULK A/S.,

                    Petitioner,

       -against-

TWIN RIVERS CO., INC.,

                  Respondent.

26 CIVIL 2962 (JSR)

**JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Order dated May 15, 2026, the Award in favor of Union Bulk and against Twin Rivers in the amount of $352,472.96 is confirmed and post-judgment interest is awarded to Union Bulk in the amount outlined in the Award; accordingly, the case is closed.

**Dated:**   New York, New York
         May 18, 2026

                                     **TAMMI M. HELLWIG**
                                      **Clerk of Court**

**BY:**

                                      **Deputy Clerk**